(137 So. 465)

### H. C. BATES v. STATE.
### 7 Div. 92.

Supreme Court of Alabama.
Nov. 5, 1931.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

Cockrell & Riddle, of Talladega, for respondent.

BOULDIN, J.

Petition of the state of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in H. C. Bates v. State, 137 So. 465.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.